CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 28 2011
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:06cr00005 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| THOMAS TULLY, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Defendant. | ) | |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Thomas Tully's petition is **DISMISSED** without prejudice.

ENTER: February 28, 2011.

_____
UNITED STATES DISTRICT JUDGE